| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re: | CASE NO.: |
|---|---|
| **Nicolas J Cardenas** | CHAPTER: **7** |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 08/29/2025    Nicolas J Cardenas
                    Printed name of Debtor 1                           Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 1                           F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                         Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                          **F 1002-1.EMP.INCOME.DEC**

# Earnings Statement

**H.F.D. No. 55, Inc.**
225 Liberty St.
New York, NY 10281
+1 (212) 2092500

Beginning Date: 06/15/2025
Ending Date: 06/28/2025
Payment Date: 07/03/2025

**Nicolas CARDENAS**
2478 Middlesex Pl
Fullerton, CA 92835-3122

**Employee ID: 214393**

| Taxable Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular Hourly | 18.25 | 8.05 | 146.92 | 0.00 |
| Regular Hourly | 18.25 | 4.33 | 79.03 | 1,120.55 |
| Device Reimb | 0.00 | 0.00 | 0.25 | 0.25 |
| **Gross Pay** | | | **225.95** | |

| Deductions | Amount | YTD |
|---|---|---|
| Social Security | -14.00 | -69.47 |
| Medicare | -3.28 | -16.25 |
| CA State Disability Insurance | -2.71 | -13.45 |
| Total Deductions | -19.99 | |
| **Net Pay** | **206.21** | |

| Payment Method | Account Number | Payment Amount |
|---|---|---|
| Direct Deposit | ******6200 | 206.21 |

Your federal taxable wages this period are: 225.95

### Other Benefits and Information

| Description | This Period | Total to Date |
|---|---|---|
| Sick Hrs Earned | | 40.00 |
| Sick Hrs Paid | | 0.00 |
| Sick Hours Available | | 40.00 |
| CA Spsl Used | | 0.00 |
| Total Hours Worked | 12.38 | |
| Total Hours Paid | 12.38 | |
| PTO Hours Available | | 0.00 |
| Basis of Pay | | Hourly |
| **Pay Rate | | 18.25 |

### Important Notes

REVIEW YOUR ADDRESS, PAY RATE, AND TAX WITHHOLDINGS FOR ACCURACY

### Tax Withholding Information

Taxable Marital Status:
Federal: Married filing jointly (or Qualifying widow(er))
CA: Single or Married (with two or more incomes)

Exemptions/Allowances:
Federal: 0
CA: 3

Additional Withholdings:
Federal: 0
CA: 0

| Earnings by Week | Rate | Hours | Earnings |
|---|---|---|---|
| **Week 1** | **06/17/2025 - 06/21/2025** | | |
| Regular Hourly | 18.25 | 8.05 | 146.92 |
| **Subtotal** | | 8.05 | 146.92 |
| **Week 2** | **06/22/2025 - 06/28/2025** | | |
| Device Reimb | 0.00 | 0.00 | 0.25 |
| Regular Hourly | 18.25 | 4.33 | 79.03 |
| **Subtotal** | | 4.33 | 79.28 |
| **Grand Total** | | 12.38 | 226.20 |

# Earnings Statement

**H.F.D. No. 55, Inc.**
225 Liberty St.
New York, NY 10281
+1 (212) 2092500

Beginning Date: 06/29/2025
Ending Date: 07/12/2025
Payment Date: 07/18/2025

**Nicolas CARDENAS**
2478 Middlesex Pl
Fullerton, CA 92835-3122

**Employee ID: 214393**

| Taxable Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Regular Hourly | 18.25 | 4.27 | 77.93 | 1,198.48 |
| Device Reimb | 0.00 | 0.00 | 0.50 | 0.75 |
| **Gross Pay** | | | **77.93** | |

| Other Benefits and Information | | |
|---|---|---|
| Description | This Period | Total to Date |
| Sick Hrs Earned | | |
| Sick Hrs Paid | | |
| Sick Hours Available | | |
| CA Spsl Used | | |
| Total Hours Worked | | |
| Total Hours Paid | | |
| PTO Hours Available | | |
| Basis of Pay | | Hourly |
| **Pay Rate | | |

| Deductions | Amount | YTD |
|---|---|---|
| Social Security | -4.84 | -74.31 |
| Medicare | -1.13 | -17.38 |
| CA State Disability Insurance | -0.93 | -14.38 |
| Total Deductions | -6.90 | |
| **Net Pay** | **71.53** | |

**Important Notes**

REVIEW YOUR ADDRESS, PAY RATE, AND TAX WITHHOLDINGS FOR ACCURACY

**Tax Withholding Information**

<u>Taxable Marital Status:</u>
Federal: Married filing jointly (or Qualifying widow(er))

<u>Exemptions/Allowances:</u>
Federal: 0
null:

<u>Additional Withholdings:</u>
Federal: 0
null:

| Payment Method | Account Number | Payment Amount |
|---|---|---|
| Manual | | 71.53 |

Your federal taxable wages this period are:

| Earnings by Week | Rate | Hours | Earnings |
|---|---|---|---|
| **Grand Total** | | | 0.00 |