Certificate Number: 14912-CAC-DE-040303023

Bankruptcy Case Number: 25-12449



14912-CAC-DE-040303023

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 12, 2025</u>, at <u>10:49</u> o'clock <u>AM EST</u>, <u>Nicolas Cardenas</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>November 12, 2025</u>    By:    <u>/s/Jai Bhatt</u>

　　　　　　　　　　　　　　　　Name:  <u>Jai Bhatt</u>

　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>